COOLEY GODWARD LLP
STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)
MAUREEN P. ALGER (208522) (malger@cooley.com)
ELIZA HOARD (238276) (ehoard@cooley.com)
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Plaintiff
LADENE DILLIHUNT

KEVIN V. RYAN (118321)
United States Attorney
JOANN M. SWANSON (88143)
Chief, Civil Division
ANDREW Y.S. CHENG (164613) (andrew.cheng@usdoj.gov)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone:   (415) 436-4261
Facsimile:   (415) 436-6748

Attorneys for Defendant
JOHN E. POTTER, Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LADENE DILLIHUNT, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. POTTER, Postmaster General, <br><br> Defendant. | Case No.  C 01-3605 PJH <br><br> **STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT**; AND ORDER |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION REGARDING
SECOND AMENDED COMPLAINT
C 01-3605 PJH

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and consistent with this Court's Case Management and Pretrial Order dated May 1, 2006, the parties, by and through their undersigned counsel of record, agree that Plaintiff LaDene Dillihunt may file a Second Amended Complaint, which is attached hereto as Exhibit A. Defendant shall answer the Second Amended Complaint no later than June 30, 2006.

Dated: June 1, 2006

COOLEY GODWARD LLP
STEVEN L. FRIEDLANDER (154146)
MAUREEN P. ALGER (208522)
ELIZA HOARD (238276)

/s/
Maureen P. Alger

Attorneys for Plaintiff
LADENE DILLIHUNT

Dated: June 1, 2006

KEVIN V. RYAN (118321)
JOANN M. SWANSON (88143)
ANDREW Y.S. CHENG (164613)

/s/
Andrew Y.S. Cheng
Assistant United States Attorney

Attorneys for Defendant
JOHN E. POTTER

*Filer's* Attestation: *Pursuant to General Order No. 45, Section X(B) regarding signatures, Maureen Alger hereby attests that concurrence in the filing of the document has been obtained.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6/2/06
Date

Honorable
Judge Phyllis J. Hamilton

IT IS SO ORDERED

728158 v1/PA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION REGARDING
SECOND AMENDED COMPLAINT
C 01-3605 PJH