UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LADENE DILLIHUNT,

    Plaintiff(s),                                No. C 01-3605 PJH

    v.                                        **ORDER OF DISMISSAL**

JACK E. POTTER, Postmaster General,

    Defendant(s).
_____/

    The court having been advised by Magistrate Judge James following a settlement conference, that the parties have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within ninety (90) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

    The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within ninety (90) days.

    IT IS SO ORDERED.

Dated: November 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge