COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)
MAUREEN P. ALGER (208522) (malger@cooley.com)
ELIZA HOARD (238276) (ehoard@cooley.com)
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
LADENE DILLIHUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LADENE DILLIHUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　　Defendant. | Case No. C 01-3605 PJH<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME REGARDING ORDER OF DISMISSAL** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties have agreed to a settlement of this case but require additional time to finalize the details of the settlement. The parties therefore request that the Court's Order of Dismissal dated November 6, 2006 be amended to provide an additional sixty (60) days to finalize the settlement and deliver consideration. The parties agree that all aspects of the November 6, 2006 Order of Dismissal shall remain the same except for this requested extension of time to notify the Court that consideration has not been delivered and thereby vacate the order, or to substitute a dismissal with prejudice.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND REQUEST FOR EXTENSION OF
TIME REGARDING ORDER OF DISMISSAL
C 01-3605 PJH

| | | |
|---|---|---|
| 1 | Dated: February 1, 2006 | COOLEY GODWARD KRONISH LLP |
| 2 | | STEVEN L. FRIEDLANDER (154146) |
| | | MAUREEN P. ALGER (208522) |
| 3 | | ELIZA HOARD (238276) |

/s/
--------------------------------
Maureen P. Alger

Attorneys for Plaintiff
LADENE DILLIHUNT

Dated: February 1, 2006

KEVIN V. RYAN (118321)
JOANN M. SWANSON (88143)
ANDREW Y.S. CHENG (164613)

/s/
--------------------------------
Andrew Y.S. Cheng
Assistant United States Attorney

Attorneys for Defendant
JOHN E. POTTER

*Filer's* Attestation: *Pursuant to General Order No. 45, Section X(B) regarding signatures, Maureen Alger hereby attests that concurrence in the filing of the document has been obtained.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/5/07
--------------
Date

746413 v1/PA

Honorable Phyllis J. Hamilton

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND REQUEST FOR EXTENSION OF
TIME REGARDING ORDER OF DISMISSAL
C 01-3605 PJH