COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)
MAUREEN P. ALGER (208522) (malger@cooley.com)
ELIZA HOARD (238276) (ehoard@cooley.com)
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
LADENE DILLIHUNT


THE OFFICE OF THE UNITED STATES ATTORNEY
KEVIN V. RYAN (118321)
JOANN M. SWANSON (88143)
ANDREW Y.S. CHENG (164613)
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7198
Facsimile: (415) 436-6748

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LADENE DILLIHUNT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>　　　　Defendant. | Case No. C 01-3605 PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Trial Date: August 27, 2007 |

/ / /

/ / /

/ / /

1.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
C 01-3605 PJH

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-entitled action has been settled and may be dismissed with
3  prejudice, each party to bear her or its own attorneys' fees and costs pursuant to Federal Rule of
4  Civil Procedure 41(a)(1).

5  Dated: March 29, 2007

COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146)
MAUREEN P. ALGER (208522)
ELIZA HOARD (238276)

/s/
Maureen P. Alger

Attorneys for Plaintiff
LADENE DILLIHUNT

11  Dated: March 29, 2007

KEVIN V. RYAN (118321)
JOANN M. SWANSON (88143)
ANDREW Y.S. CHENG (164613)

/s/
Andrew Y.S. Cheng
Assistant United States Attorney

Attorneys for Defendant
JOHN E. POTTER

*Filer's* Attestation*: Pursuant to General Order No. 45, Section X(B) regarding signatures, Maureen Alger hereby attests that concurrence in the filing of the document has been obtained.*

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

__3/30/07_____          _____
   Date                        Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1033588 v1/SF

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
C 01-3605 PJH