UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LADENE DILLIHUNT, | No. C 01-3605 PJH (MEJ) |
| Plaintiff, | **ORDER RE: LETTER FROM PLAINTIFF** |
| v. | |
| JACK E. POTTER, et al., | |
| Defendants. | |

The Court is in receipt of a letter from Plaintiff Ladene Dillihunt, dated August 13, 2013. Dkt. No. 98. In her letter, Plaintiff states that she would like to obtain documents from her case filed to support her current EEO complaint. Plaintiff is hereby informed that she may obtain documents related to the above-captioned case in person at the Clerk's Office. The Court notes that the parties did not file a settlement agreement in this case, so any documents related to the settlement must be obtained through counsel.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
Maria-Elena James
United States Magistrate Judge